# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>SANTIAGO LOPEZ-PEREZ,<br><br>                Defendant. | CASE NO. 11CR2828 MMA<br><br>**JUDGMENT OF DISMISSAL** |

FILED DEC - 5 2013

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, with prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment:

    8:1324(a)(2)(B)(ii)-Bringing in Illegal Aliens for Financial Gain

    & 8:1324(a)(2)(B)(iii)-Bringing in Illegal Aliens Without Presentation

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/5/13

                                            Karen S. Crawford
                                            U.S. Magistrate Judge